UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 17-52483 |
| PACKARD SQUARE LLC, | Chapter 11 |
| Debtor. | Judge Thomas J. Tucker |
| _____/ | |
| CAN IV PACKARD SQUARE LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 17-4644 |
| PACKARD SQUARE, LLC, et al., | |
| Defendants. | |
| _____/ | |

**ORDER REMANDING REMOVED CASE BACK TO STATE COURT,
FOR LACK OF SUBJECT MATTER JURISDICTION**

This adversary proceeding is before the Court on the Court's own motion for review of subject matter jurisdiction.

On September 12, 2017, Defendant/Counter-Plaintiff/Lien Claimant Amthor Steel commenced this adversary proceeding by removing to this Court the state court case of *CAN IV Packard Square, LLC v. Packard Square LLC et al.,* Case No. 16-000990-CV, which was pending in the Circuit Court for the County of Washtenaw, Michigan. The removal was predicated on 28 U.S.C. § 1452(a).

On October 13, 2017, this Court entered an order dismissing the main bankruptcy case (*In re Packard Square LLC*, Case No. 17-52483). Because the main bankruptcy case has been dismissed, there is no longer pending any "case under title 11" within the meaning of 28 U.S.C.

§§ 1334(a), 157(a) and 157(b)(1). As a result, this adversary proceeding can no longer be considered a proceeding "arising under title 11, or arising in or related to" a case under title 11 within the meaning of 28 U.S.C. §§ 1334(b), 157(a) and 157(b)(1).

For these reasons, the Court concludes that it no longer has subject matter jurisdiction of this adversary proceeding, and so it must be remanded back to the state court. Accordingly, and under 28 U.S.C. § 1447(c),

IT IS ORDERED that this removed case is remanded to the Circuit Court for the County of Washtenaw, Michigan, from which it was removed.

The Clerk of this Court will mail a certified copy of this order of remand to the clerk of the state court.

**Signed on October 13, 2017**

/s/ Thomas J. Tucker

**Thomas J. Tucker
United States Bankruptcy Judge**